Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE ANN ORCUTT, )<br><br>Plaintiff, )<br><br>v. )<br><br>KILOLO KIJAKAZI, ACTING )<br>COMMISSIONER OF SOCIAL SECURITY, )<br><br>Defendant. ) | CASE NO.<br>2:22-cv-01870-BNW<br><br>**SECOND UNOPPOSED MOTION<br>FOR EXTENSION OF TIME TO FILE<br>PLAINTIFF'S BRIEF** |

Plaintiff by her attorney, moves for a fourteen (14) day extension of time to file Plaintiff's opening brief. Plaintiff's opening brief is currently due to be filed July 24, 2023.  This is Plaintiff's second request for an extension of time in this matter.  On May 23, 2023, this Court granted Plaintiff's first Motion for an Extension of Time (Dkt. No. 19).

Counsel requests this extension due to two briefing attorneys in Counsel's office going out on unexpected, prolonged, medical leaves within the last two months.  These leaves necessitated a complete reorganization of the attorney's schedules.  Further, Counsel has explored the possibly of reassignment of this matter, but is unable to do so due to multiple, simultaneous filing deadlines. Counsel requires additional time to properly and thoroughly prepare Plaintiff's brief. For instance, between July 21, and August 4, 2023, staff in Counsel's

1

office have sixty-three (63) Plaintiff briefs due. This figure does not include Oral Arguments,

appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks

which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's

Counsel to properly prepare the brief by the current deadline. This request will not cause

Defendant any undue hardship. This extension is needed to thoroughly and properly prepare the

brief by the current deadline.

Wherefore, Plaintiff requests an extension from July 24, 2023, up to and including

August 7, 2023 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel

who kindly has no objection to this request.

Dated July 18, 2023.

Respectfully submitted,

*/s/Hal Taylor*
Hal Taylor, Esq.

## Plaintiff's Certificate of Service:

I certify that I caused the Consent Motion for Extension of Time to be served today, July

18, 2023, by CMECF to Blaine T. Welsh, and  L. Jamala Edwards, who are filing users of the

CM/ECF system.

*/s/Hal Taylor*
Hal Taylor

## ORDER
**IT IS SO ORDERED**

**DATED:** 9:04 am, July 19, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2