Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE ANN ORCUTT,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.<br>2:22-cv-01870-BNW<br><br>**THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF** |

Plaintiff by her attorney, moves for a seven (7) day extension of time to file Plaintiff's opening brief. Plaintiff's opening brief is currently due to be filed August 7, 2023.  This is Plaintiff's third request for an extension of time in this matter.  On July 19, 2023, this Court granted Plaintiff's second Motion for an Extension of Time (Dkt. No. 21).

Counsel requests this extension due to the complex nature and issues arising from the case necessitating the need for additional pages in excess of the 24-page limit allowed by LCivR 7-3(b). Filed contemporaneously with this Motion is Plaintiff's Motion Seeking Extra Pages pursuant to LCivR 7-3(c). Plaintiff seeks this motion solely for the purpose of allowing the Court time to rule on Plaintiff's Motion Seeking Extra Pages. This request will not cause Defendant any undue hardship. This extension is needed to thoroughly and properly prepare the brief given the

complex nature of this case which arises out of a remand from the Ninth Circuit Court of

Appeals.

Wherefore, Plaintiff requests an extension from August 7, 2023, up to and including

August 14, 2023 to file her brief. Counsel for the Plaintiff has conferred with Defendant's

Counsel who kindly has no objection to this request.

Dated August 4, 2023.

Respectfully submitted,

*/s/Hal Taylor*
Hal Taylor, Esq.

**Plaintiff's Certificate of Service:**

I certify that I caused the Consent Motion for Extension of Time to be served today,

August 4, 2023, by CMECF to Blaine T. Welsh, and L. Jamala Edwards, who are filing users of

the CM/ECF system.

*/s/Hal Taylor*
Hal Taylor

**ORDER**

**IT IS SO ORDERED**

**DATED:** 8:31 am, August 07, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**